NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3092

TRACEY L. DAVIS,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

Petition for review of the Merit Systems Protection Board in
DC315H080459-I-1.

ON MOTION

Before DYK, Circuit Judge.

ORDER

Tracey L. Davis moves for a six-month extension of time to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted in part. Davis's brief is due within 60 days of the date of filing of this order. No further extensions should be anticipated.

FEB 24 2009
_____
Date

cc: Tracey L. Davis
    Roger A. Hipp, Esq.
s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 24 2009

JAN HORBALY
CLERK